1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIAM LANGSTON MEADOR,              1:06-CV-00926 OWW LJO P

12          Plaintiff,                     ORDER TO SUBMIT NEW
                                           APPLICATION TO PROCEED
13          vs.                            IN FORMA PAUPERIS AND
                                           CERTIFIED COPY OF TRUST
14   PLEASANT VALLEY STATE PRISON,         ACCOUNT STATEMENT **OR**
     et al.,                               PAY FILING FEE
15
            Defendants.
16   _____/

17          Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

18   to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C.

19   § 1915.  However, plaintiff's application to proceed in forma pauperis did not include the required

20   original signature by an authorized officer of the institution of incarceration.  Additionally, plaintiff

21   has not filed a certified copy of his prison trust account statement for the six month period

22   immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be

23   provided the opportunity to submit a new application to proceed in forma pauperis and a certified

24   copy of his trust account statement, **or** to pay the $350.00 filing fee.

25   ///

26

1

Accordingly, IT IS HEREBY ORDERED that:

      1.    The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

      2.    Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, to pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:     August 16, 2006**                          _____/s/ Lawrence J. O'Neill_____
i0d3h8                                   UNITED STATES MAGISTRATE JUDGE