UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LANGSTON MEADOR,  )  <br>  )  <br>  Plaintiff,  )  <br>  )  <br>  v.  )  <br>  )  <br> PLEASANT VALLEY STATE PRISON, )  <br> et al.,  )  <br>  )  <br>  Defendants.  )  <br> _____ ) | 1:06-CV-00926 OWW LJO P <br><br> ORDER DENYING MOTION AS MOOT <br><br> (DOCUMENT #6) |

On August 22, 2006, plaintiff filed a motion for leave to file an application to proceed in forma pauperis late. Inasmuch as plaintiff timely filed an application to proceed in forma pauperis on September 1, 2006, plaintiff's motion is HEREBY DENIED as moot.

IT IS SO ORDERED.

**Dated:  September 26, 2006**          /s/ Lawrence J. O'Neill
i0d3h8                    UNITED STATES MAGISTRATE JUDGE