# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LANGSTON MEADOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PLEASANT VALLEY<br>STATE PRISON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00926-LJO-NEW (DLB) PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL, AND DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST<br><br>(Doc. 14) |

Plaintiff William Langston Meador ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 27, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection on March 23, 2007.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Although plaintiff objects, plaintiff's complaint and objections establish that he did not exhaust. (Doc. 1, pg. 2, 4, 5, 44, 45; Doc. 15.) Plaintiff did not file a timely inmate appeal and the prison exercised its discretion not to consider the late appeal. (Id.) This constitutes a failure to

1  exhaust, <u>Woodford v. Ngo</u>, 126 S.Ct. 2378, 2382 (2006), and plaintiff is precluded from proceeding
2  with this action, <u>Jones v. Bock</u>, 127 S.Ct. 910, 918-19 (2007) .
3          Accordingly, IT IS HEREBY ORDERED that:
4      1.   The Findings and Recommendations, filed February 27, 2007, is adopted in full; and
5      2.   This action is dismissed, without prejudice, based on plaintiff's failure to comply
6           with 42 U.S.C. § 1997e(a) by exhausting his claims prior to filing suit.

IT IS SO ORDERED.

**Dated:    March 27, 2007**                    /s/ Lawrence J. O'Neill
b9ed48                                  UNITED STATES DISTRICT JUDGE