UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Fresno)

**FILED**
JUN 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| WILLIAM LANGSTON MEADOR, | No. 07-15678 |
| Plaintiff - Appellant, | D.C. No. CV-06-00926-LJO/NEW |
| v. | |
| PLEASANT VALLEY STATE PRISON; et al., | **ORDER** |
| Defendants - Appellees. | |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: Plaintiff filed an untimely appeal at the inmate level. The appeals coordinator therefore rejected the appeal. This constituted non-exhaustion. (Woodford v Ngo 126 S.Ct. 2378 (2006))

_____
Judge
United States District Court

Date: June 20, 2007

**LAWRENCE J. O'NEILL**
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

U.S. COURTHOUSE
2500 TULARE STREET, ROOM 6701
FRESNO, CALIFORNIA 93721

TEL: (559) 499-5681
FAX: (559) 499-5959